# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 22, 2023

## NO. 03-22-00294-CV

**Central Texas Building & Construction Trades Council; International Brotherhood of Electrical Workers, Local 520; United Association of Plumbers and Pipefitters, Local 286; International Union of Painters and Allied Trades, District Council 88; Philip Lawhon; Robin Drake; Riley Drake; David Ervin; Leeroy Hamilton; and Sean Ingram, Appellants**

**v.**

**Bastrop Independent School District; Ashley Mutschink, in his Official Capacity as President of the Board of Trustees; et al., Appellees**

### APPEAL FROM THE 423RD DISTRICT COURT OF BASTROP COUNTY
### BEFORE JUSTICES BAKER, KELLY AND SMITH
### DISMISSED ON APPELLANTS' MOTION -- OPINION BY JUSTICE SMITH

This is an appeal from the order signed by the trial court on April 25, 2022. Appellants have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.